UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


ROSEMARY ELLING,

                    Plaintiff,

vs.                                      Case No.  2:04-cv-495-FtM-29DNF


JO ANNE B. BARNHART, Commissioner of
Social Security,

                    Defendant.

_____


**<u>OPINION AND ORDER</u>**

          This matter comes before the Court on the Report and Recommendation (Doc. #21) of Magistrate Judge Douglas N. Frazier, filed on January 10, 2006.  The Report and Recommendation recommends that the Decision of the Commissioner be reversed and that benefits be awarded to plaintiff.  No objections have been filed, and the time for objections has now expired.

          The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards.  <u>Crawford v. Commissioner of Social Security</u>, 363 F.3d 1155, 1158 (11th Cir. 2004).  Substantial evidence is more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion.  <u>Crawford</u>, 363 F.3d at 1158.  Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision

reached is supported by substantial evidence.  Crawford, 363 F.3d at 1158-59.   The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner. Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005).   The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn ex rel. Shinn v. Commissioner of Social Security, 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and adopts the Report and Recommendation of the magistrate judge.  The Court finds that the decision of the Commissioner is not supported by substantial evidence.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #21) is accepted and adopted by the Court.

2.  The Decision of the Commissioner of Social Security is **REVERSED,** and the matter is **REMANDED** to the Commissioner of Social Security for the award of disability insurance benefits and supplemental social security income benefits as properly calculated by the Commissioner.

3.   The Clerk of the Court shall enter judgment accordingly and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2006.

JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record